IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEFFREY OLIVER,            )
                           )
    Plaintiff,             )
                           )
v.                         )      CASE NO. CV413-033
                           )
MORTGAGE INVESTORS CORP. and )
DOES 1-10, inclusive,      )
                           )
    Defendants.            )
                           )

## O R D E R

Before the Court is Plaintiff Jeffrey Oliver and Defendant Mortgage Investors Corporation's Stipulation of Dismissal. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."[1] As requested, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of September 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Mortgage Investors Corporation was the only defendant to appear in this case.